UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RICARDO PUGO TENECOTA,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-09447-DAD-CKD<br><br><u>ORDER DIRECTING SUPPLEMENTAL BRIEFING</u> |

The court has reviewed petitioner's *pro se* petition for writ of habeas corpus (Doc. No. 1), motion for temporary restraining order (Doc. No. 2), and respondents' November 19, 2026 opposition (Doc. No. 7). Therein, respondent includes a Form I-213, Record of Deportable/Inadmissible Alien, which reflects that on October 3, 2026, petitioner accepted voluntary departure. (Doc. No. 7-1 at 3.) Neither party further acknowledges nor explains this assertion, and the court cannot ascertain from the current briefing before it whether petitioner has accepted voluntary departure.

/////

/////

/////

/////

Accordingly, the court now directs respondents to file supplemental briefing no later than November 25, 2026, at 12:00 p.m. addressing whether petitioner has accepted voluntary departure and, if so, the effect of such acceptance on these proceedings.

IT IS SO ORDERED.

Dated: **November 23, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE